UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOM GONZALES,<br><br>Defendant. | Case No.  17-cv-01523-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Susan Brown Armstrong for consideration of whether the case is related to *Gonzales v. United States of America*, 08-cv-3189-SBA.

**IT IS SO ORDERED.**

Dated: March 23, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge

*United States District Court*
*Northern District of California*